UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| BOBBY J. WILLIAMS, | ) |
| Movant, | ) |
| v. | ) Case No. 4:11CV2059 RWS |
| UNITED STATES OF AMERICA, | ) |
| Respondent. | ) |

## MEMORANDUM AND ORDER

Petitioner moves to alter or amend my December 13, 2012 decision to deny his motion for § 2255 relief. Because petitioner presents no new legal or factual arguments that convince me my original decision was in error, the motion will be denied.

Accordingly,

**IT IS HEREBY ORDERED** that the motion to alter or amend [#30] is denied.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 16th day of January, 2013.