UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| BOBBY J. WILLIAMS, | ) |
| Movant, | ) |
| v. | ) Case No. 4:11CV2059 RWS |
| UNITED STATES OF AMERICA, | ) |
| Respondent. | ) |

## MEMORANDUM AND ORDER

Petitioner moves to amend his pleadings in this closed case. I denied petitioner's motion for § 2255 relief on December 13, 2012 . Because petitioner is not entitled to the relief he seeks,[1] the motion will be denied.

Accordingly,

**IT IS HEREBY ORDERED** that the motion to alter or amend [#32] is denied.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 23rd day of January, 2013.

---

[1] Petitioner erroneously claims that he did not have the opportunity to demonstrate that his claims were not procedurally defaulted. In fact petitioner did argue cause for failing to raise several of his claims on direct appeal – namely, that they were based on newly discovered evidence. I rejected his claim that the evidence was newly discovered. More importantly, I also went on to reject petitioner's claims on the merits. For these additional reasons, any amendment – even if it were permitted at this stage of the proceedings – would be futile.